IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE:<br>    ERICK PRINGLE | :<br>:<br>:<br>:   CIVIL ACTION NO. 21-CV-5037<br>:<br>: |

**ORDER**

AND NOW, this 4th day of May, 2022, upon consideration of Plaintiff Erick Pringle's Amended Complaint (ECF No. 13) it is **ORDERED** that:

1.  The Clerk of Court is **DIRECTED** to **AMEND** the caption to reflect the Defendants named in the Amended Complaint as follows: (1) United States of America; (2) Federal Bureau of Investigations; (3) Joe Biden; (4) Kamala Harris; (5) Tom Wolf; (6) Barrack Obama; (7) Democrat ("Enterprise") Party; (8) Bill DiBlasio; (9) Bill DiBlasio's wife; (10) Judge Leeson; (11) NBC 10 – Philadelphia; (12) State of Pennsylvania; (13) Montgomery County Court; (14) Lower Merion Police Department; (15) Philadelphia Police Department; (16) Philadelphia Sheriffs Department; (17) Philadelphia Prison System; (18) Judge Simmons; (19) Psychologist; (20) Philadelphia District Attorneys Office; (21) City of Philadelphia; (22) Parx Casino (state controlled casino); (23) Bucks County of Pennsylvania; (24) Michael Nutter; (25) Registry of Wills; (26) Donatucci (Registry of Wills Philadelphia); (27) Bucks County Correctional Facility; (28) Mental Health Association of Philadelphia; (29) Bellevue Hospital New York; (30) Bucks County Court House; (31) N.Y.P.D.; (32) Universal Health Care System; (33) Gov. Cuomo; (34) Eric Adams; (35) Bill Clinton; (36) CIA; (37) Amazon; and (38) Elon Musk.

2.	The Amended Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(ii) for the reasons stated in the Court's Memorandum.

3.	The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ John R. Padova, J.*

**JOHN R. PADOVA, J.**